UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWEN, aka WILLIAM JOSEPH BOWEN, <br><br>　　　　Petitioner,<br><br>vs.<br><br>P.L. VAZQUEZ,<br><br>　　　　Respondent. | Case No. EDCV 09-0752-FMC(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: _April 24, 2009_

　　　　　　　　　　　　　　_Florence-Marie Cooper_
　　　　　　　　　　　　　　FLORENCE-MARIE COOPER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0752.mdo
4/21/09